UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH D. FUNK,

    Plaintiff,

v.                          CASE NO. 2:11-CV-11409
                          HONORABLE STEPHEN J. MURPHY, III

AMANDA RISKA, et al.,

    Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a civil rights complaint pursuant to 42 U.S.C. § 1983, the Honorable Stephen J. Murphy, III, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITH PREJUDICE**.

                                  S/Stephen J. Murphy, III
                                  Stephen J. Murphy, III
                                  United States District Judge

Dated:  May 2, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2011, by electronic and/or ordinary mail.

                                  S/Carol Cohron
                                  Case Manager